NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-205

RICHARD WASHINGTON, ET UX
VERSUS
BILLY W. KING, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 970362
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy Judges.

APPEAL DISMISSED.

Larry Lane Roy
Brian T. Roy
Jessica A. Devitt
Preis, Kraft & Roy
Post Office Drawer 94-C
Lafayette, LA 70509
(337) 237-6062
Counsel for Defendants/Appellees:
    Allstate Insurance Company
    Pamela Daniels
    Billy King
    Gordon King

**Keith David Thornton**
**Attorney at Law**
**921 N. Lobdell Avenue, Ste C**
**Baton Rouge, LA 70806**
**(225) 928-4946**
**Counsel for Plaintiff/Appellant:**
  **Richard Washington**

**George Edward Williams, Jr.**
**Rabalais Law Firm, L.L.C.**
**Post Office Box 54024**
**Lafayette, LA 70505-4024**
**(337) 289-6555**
**Counsel for Defendants/Appellees:**
  **Allstate Insurance Company**
  **Pamela Daniels**
  **Billy King**
  **Gordon King**